```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JANELL T. MOORE                  :          CIVIL ACTION
                                 :
          v.                     :
                                 :
COMCAST CORPORATION, et al.      :          NO. 08-773


                             ORDER

          AND NOW, this 6th day of April, 2010, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that:

          (1)  the motion of plaintiff Janell T. Moore for class

certification is GRANTED;

          (2)  the following class be certified for Counts I, II,

IV and V of the plaintiff's Second Amended Complaint:  All

persons who were participants in or beneficiaries of the Comcast

Corporation Retirement-Investment Plan at any time from

February 1, 2007 to December 5, 2007 and whose accounts included

investments in the Comcast Class A Common Stock Fund or the

Comcast Class A Special Common Strock Fund;

          (3)  plaintiff Janell T. Moore is appointed class

representative; and

          (4)  the law firm of Wolf Haldenstein Adler Freeman &

Herz LLP is appointed class counsel.

                                  BY THE COURT:


                                  /s/ Harvey Bartle III
                                  ─────────────────────────
                                                      C.J.
```