IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANELL T. MOORE | : | CIVIL ACTION |
| v. | : | |
| COMCAST CORPORATION, et al. | : | NO. 08-773 |

ORDER

AND NOW, this 24th day of January, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for approval of the settlement agreement is GRANTED;

(2) the motion of plaintiffs for the award of attorneys' fees in the amount of $1,650,000 and for a compensatory award to Janell T. Moore in the amount of $10,000 is GRANTED; and

(3) the motion of plaintiffs for an award of litigation costs is GRANTED in part and DENIED in part. The plaintiffs are awarded $148,312.65 in litigation costs.

BY THE COURT:


/s/ Harvey Bartle III
C.J.